No. 566. GUARANTY TRUST Co. *v.* UNITED STATES. December 13, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. John W. Davis* for petitioner. *Solicitor General Reed* and *Assistant Attorney General Whitaker* for the United States.

No. 594. CALMAR STEAMSHIP CORP. *v.* TAYLOR. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Frank A. Bull* for petitioner. *Messrs. Abraham E. Freedman* and *Howard M. Long* for respondent.

No. 596. RUHLIN ET AL. *v.* NEW YORK LIFE INS. Co. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Charles J. Margiotti* and *Charles H. Sachs* for petitioners. *Messrs. Louis H. Cooke* and *William H. Eckert* for respondent.

No. 636. ELECTRIC BOND & SHARE Co. ET AL. *v.* SECURITIES AND EXCHANGE COMM'N ET AL. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Thomas D. Thacher* and *John F. MacLane* for petitioners. *Solicitor General Reed* for respondents.

No. 600. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MOUNTAIN PRODUCERS CORP. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor Gen-*

682

*eral Reed* for petitioner.   *Messrs. Harold D. Roberts* and *Randolph E. Paul* for respondent.

No. 608.   LINCOLN ENGINEERING Co. *v.* STEWART-WARNER CORP.   January 3, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.   The CHIEF JUSTICE took no part in the consideration or decision of this application.   *Messrs. Leonard L. Kalish* and *Delos G. Haynes* for petitioner.   *Mr. Lynn A. Williams* for respondent.

No. 633.   BRAINARD *v.* COMMISSIONER OF INTERNAL REVENUE.   January 17, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.   *Mr. John E. Hughes* for petitioner.   *Solicitor General Reed* for respondent.

No. 120.   WALLS *v.* NORTH CAROLINA;
No. 376.   DALLAO *v.* LOUISIANA; and
No. 377.   UGARTE *v.* LOUISIANA.   See *ante,* p. 635.

No. 205.   MYERS, ADMINISTRATRIX, *v.* ATCHISON, T. & S. F. RY. Co.; and
No. 341.   COUCHE *v.* LOUISIANA.   See *ante,* p. 636.

No. 373.   CARLSON, ADMINISTRATOR, *v.* KESLER ET AL. See *ante,* p. 639.

No. 321.   JOHNSON, TREASURER OF CALIFORNIA, ET AL. *v.* M. G. WEST Co.   See *ante,* p. 638.